Sotheby's Financial Services, Inc.
1334 York Avenue
New York, New York 10021
+1 212 606 7000   SOTHEBYS.COM/SFS

# Sotheby's Financial Services

## SCHEDULE A

| Artist Name | Title of Work | Low Estimate | High Estimate |
|---|---|---|---|
| Simon Vouet | Saint Francis receiving the stigmata | $600,000 | $800,000 |
| Attributed to Simon Vouet | Double Portrait of Virginia da Vezzo Voeut Holding a Painting of Simon Vouet | $500,000 | $700,000 |
| Simon Vouet | Madonna and Child | $400,000 | $600,000 |
| Giovanni Francesco Barbieri, called Il Guercino | Man with Turban | $300,000 | $500,000 |
| The Master of the Annunciation to the Shepherds | Rest on the flight into Egypt | $200,000 | $300,000 |
| Giovanni Lanfranco | Diana playing with three children | $150,000 | $200,000 |
| Jusepe de Ribera | *Madonna and Child* | $150,000 | $200,000 |
| Bernardo Cavallino | Healing of Tobit | $100,000 | $150,000 |
| Francesco Solimena | Rebecca and Eliezer | $100,000 | $150,000 |
| Giovanni Francesco Barbieri, called Il Guercino | Modello for the 'Offering of Abigail' | $10,000 | $15,000 |

## SCHEDULE B

| Artist Name | Title of Work | Low Estimate | High Estimate |
|---|---|---|---|
| Anthony van Dyck | Portrait of Giorgio Centurione | n/a | n/a |
| Orazio Gentileschi | Judith and her Maidservant | n/a | n/a |