Property of Dr Carlo Croce

Sotheby's EST. 1744

27
B5GH2

### GIOVANNI FRANCESCO BARBIERI, CALLED IL GUERCINO
*Modello for the 'Offering of Abigail'*
Pen and brown ink and wash, on two pieces of paper
625 by 757 mm

$250,000



PROVENANCE
Lord Francis Egerton, 1st Earl of Ellesmere,
by descent to the 5th Earl of Ellesmere, 6th Duke of Sutherland,
his sale, London, Sotheby's, *The Ellesmere collection of Drawings by the Carracci and other Bolognese Masters,* 11 July 1972, Part I, lot 97 (as Studio of Guercino);
with Bernard Houthakker, Amsterdam, 1972 (as Studio of Guercino);
sale, Vienna, Dorotheum, 13 October 2010, lot 379 (as Giovanni Francesco Barbieri, called il Guercino)

LITERATURE
N. Turner, *'The Paintings of Guercino: A Revised and Expanded Catalogue raisonné,'* Rome 2017, p. 123, fig. 100, reproduced, p. 512, under no. 222bis (as Giovanni Francesco Barbieri, called il Guercino)

28
B5GKL

### DUTCH/GERMAN SCHOOL, 18TH CENTURY
*The Holy Family with St. John the Baptist*
Black chalk heightened with white;
bears old attribution: *AVd I. fe*
375 by 450 mm

$6,000



29
B5GLP

### JACOPO ROBUSTI, CALLED JACOPO TINTORETTO
*Recto: Standing figure of a man  Verso: A fragmentary figure study*
Black chalk heightened with white on blue paper;
bears old attribution, lower right: *G. Tintoretto*
424 by 262 mm

$70,000



PROVENANCE
Sir Joshua Reynolds (L.2364);
sale, New York, Sotheby's, 13 January 1989, lot 217

A study for the figure of Christ in Tintoretto's painting 'The Resurrection of Lazarus,' see R. Palluchini and P. Rossi, Tintoretto: *Le Opere Sacre e Profane*, Milan 1982, vol. I, cat. no. 223, p. 178, illustrated vol. II, fig. 289, p. 435.