## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| CARLO M. CROCE<br><br>    Plaintiff,<br><br>vs.<br><br>SOTHEBY'S FINANCIAL SERVICES, INC., *et al.*<br><br>    Defendants. | Case No. 2:23-cv-02896<br><br>Judge Morrison<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Zachary C. Schaengold of the law firm of Robbins, Kelly, Patterson & Tucker, LPA, 312 Elm Street, Suite 2200, Cincinnati, Ohio 45202, hereby enter his appearance as counsel for Defendants, Sotheby's Financial Services, Inc., Sotheby's Corporation, and Sotheby's Financial Services California, Inc.

Respectfully submitted,

*/s/ Zachary C. Schaengold*
_____
Zachary C. Schaengold (0090953)
Robbins, Kelly, Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
T: (513) 721-3330 | F: (513) 721-5001
zschaengold@rkpt.com
*Attorney for Defendants*

04989030-2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 6th day of November, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Zachary C. Schaengold*

Zachary C. Schaengold, Esq.

04989030-2