# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CARLO M. CROCE<br><br>　　Plaintiff,<br><br>vs.<br><br>SOTHEBY'S FINANCIAL SERVICES, INC., *et al.*<br><br>　　Defendants. | Case No. 2:23-cv-02896<br><br>Judge Morrison<br><br>**STIPULATION OF EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE PLEAD** |

Plaintiff Carlo M. Croce and Defendants Sotheby's Financial Services, Inc., Sotheby's Corporation, and Sotheby's Financial Services California, Inc. jointly through their counsel and pursuant to S.D. Ohio Civ. R. 6.1(a), hereby stipulate that the time period in which Defendants may be permitted to file their Answer or other responsive pleading to the Complaint shall be extended by a period of twenty-one (21) days, or until December 18, 2023.  No such prior stipulated extension has been obtained by Defendants.

AGREED:

| | |
|---|---|
| /s/ William W. Patmon*<br>William W. Patmon III (0062204)<br>The Patmon Law Firm LLC<br>4200 Regent Street Suite 200<br>Columbus, Ohio 43219<br>Phone: (614) 944-5786<br>Fax: (614) 448-4393<br>Email: wpatmon@patmonlaw.com<br>*Attorney for Plaintiff Carlo Croce*<br>*Signed by ZCS per email authority 11/6/2023 | /s/ Zachary C. Schaengold<br>Zachary C. Schaengold (0090953)<br>Jarrod M. Mohler (0072519)<br>Robbins, Kelly, Patterson & Tucker LPA<br>312 Elm Street, Suite 2200<br>Cincinnati, OH 45202<br>Phone: (513) 721-3330<br>Fax: (513) 721-5001<br>Email: zschaengold@rkpt.com<br>　　　jmohler@rkpt.com<br>*Attorneys for Defendants* |

04988806-3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 7th day of November, 2023. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

                                                */s/ Zachary C. Schaengold*
                                                Zachary C. Schaengold