IN THE COMMON PLEAS COURT OF FRANKLIN COUNTY, OHIO

Kegler Brown Hill & Ritter Co., L.P.A. :
:
                Plaintiff,   :
:      Case No. 20CV3954
v.                       :
:      Judge Frye
Carlo M. Croce, M.D.,     :
:
                Defendant.  :

## FINAL JUDGMENT

Claims and defenses in this case came on for trials separately before the court, and before a jury. The jury rendered its verdict on October 31, 2022 on Count One of the complaint for breach of contract, and awarded damages of $923,445.51 to plaintiff Kegler Brown Hill & Ritter Co., L.P.A. Counts Two and Three of the complaint are duplicative of Count One and are therefore **dismissed**. On November 21, 2022 the court tried the equitable defense of recoupment without a jury. For the reasons set forth in the court's Post-Trial Decision filed November 30, 2022, the jury's verdict is not reduced by defendant's recoupment defense. The recoupment defense is hereby **dismissed**. No other claims or defenses remain pending.

Pursuant to R.C. 1343.03(A), plaintiff is entitled to prejudgment interest at the statutory rate of 4% for unpaid invoices that became due in 2017 and 2018, in the total amount of $175,197.29.

Accordingly, **Final Judgment** is hereby rendered in favor of Kegler Brown Hill & Ritter Co., L.P.A., and against Carlo M. Croce, M.D. in the total amount of **One Million, Ninety-eight Thousand, Six Hundred Forty-two dollars and 80 cents ($1,098,642.80)** plus interest from and after Judgment. Court costs are taxed against the defendant.

       \*\*\* THIS IS A FINAL, APPEALABLE ORDER. \*\*\*

       **IT IS SO ORDERED.**

Case: 2:23-cv-02005-SDM-CMV Doc #: 6-6 Filed: 12/18/2023 Page: 2 of 2 PAGEID #: 133
Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Dec 08 4:09 PM-20CV003954
0G188 - Y13

Franklin County Court of Common Pleas

Date: 12-08-2022

Case Title: KEGLER BROWN HILL & RITTER CO LPA -VS- CARLO M CROCE

Case Number: 20CV003954

Type: JUDGMENT ENTRY

It Is So Ordered.

/s/ Judge Richard A. Frye

Electronically signed on 2022-Dec-08    page 2 of 2

Case: 2:25-cv-00065-SDM-CMV Doc #: 66 Filed: 02/18/2022 Page: 84 of 95 PAGEID #: 134
Franklin County Ohio Clerk of Courts of the Common Pleas- 2022 Dec 08 4:03 PM-20CV003954
0G188 - Y14

Court Disposition

Case Number: 20CV003954

Case Style: KEGLER BROWN HILL & RITTER CO LPA -VS- CARLO M CROCE

Case Terminated: 05 - Jury Trial

Final Appealable Order: Yes