**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Carlo M. Croce, | : | |
| Plaintiff, | : | Case No. 2:23-cv-02896-SDM-CMV |
| vs. | : | Judge Morrison |
| Sotheby's Financial Services, Inc., et. al. | : | Magistrate Judge Vascura |
| Defendants. | : | |

**ORDER AND STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that:

Service of the Complaint (ECF. No. 1), via waiver, by Plaintiff Carlo M. Croce upon Defendants Sotheby's Financial Services, Inc., Sotheby's Financial Services of California, Inc., and Sotheby's Corporation occurred on September 28, 2023 by counsel for Defendants agreeing to accept service on that date.

/s/ Zachary C. Schaengold
Jarrod M. Mohler (0072519)
Zachary C. Schaengold (0090953)
Robbins, Kelly, Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
T: (513) 721-3330/F. (513) 721-5001
jmohler@rkpt.com
zschaengold@rkpt.com
Attorneys for Defendants

/s/ William W. Patmon III
William W. Patmon III (0062204)
The Patmon Law Firm LLC
4200 Regent Street Suite 200
Columbus, Ohio 43219
Ph: (614) 944-5786
Fax: (614) 448-4393
Email: wpatmon@patmonlaw.com
Attorney for Plaintiff


Paul Cossu (pro hac vice forthcoming)
Rachel M. Kaplowitz (pro hac vice forthcoming)

PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
pcossu@pryorcashman.com
rkaplowitz@pryorcashman.com
Attorneys for Defendants



Dated:  _____              _____
                                                                            JUDGE