# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Carlo M. Croce, | : | |
| Plaintiff, | : | Case No. 2:23-cv-02896-SDM-CMV |
| vs. | : | Judge Morrison |
| Sotheby's Financial Services, Inc., et. al. | : | Magistrate Judge Vascura |
| Defendants. | : | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion To The Amend The Complaint. For good cause shown, the motion is hereby granted to file the First Amended Complaint.

Dated: _____           _____
                                                    JUDGE