Sotheby's EST. 1744

Property of Dr Carlo Croce

Sotheby's

# Property of Dr Carlo Croce

RETAIL REPLACEMENT VALUATION FOR INSURANCE PURPOSES

Prepared by Sotheby's, 1334 York Avenue, New York, New York 10021, +1 212 606 7000
16 April 2019 | Valuation Number 70302791

## SUMMARY

RETAIL REPLACEMENT VALUE

| PAGE | | VALUE |
|---|---|---|
| 4 | Old Master Drawings | $2,881,000 |

OLD MASTER DRAWINGS

1
B5DG8

## VENETIAN SCHOOL, 18TH CENTURY
*God the Father (Design for an altarpiece)*
Pen and brown ink and gray wash, squared in black chalk
305 by 200 mm

$3,000



2
B5DGB

## BENVENUTO TISI, CALLED IL GAROFALO
*Recto: The Adoration of the Shepherds Verso: A frieze
with putti at play*
Point of the brush and brown ink and gray wash, heightened
with white (recto and verso)
103 by 176 mm

$14,000

PROVENANCE
Sale, New York, Sotheby's, 27 January 1999, lot 43 (as
Attributed to Benvenuto Tisi, called Il Garofalo)

Although the graphic style of Garofalo is still quite obscure and
his drawings are very rare, Philip Pouncey did shed some light
on the subject in an article, 'Drawings by Garofalo' in *The
Burlington Magazine* (vol. XCVII, 1955, pp. 196ff).





OLD MASTER DRAWINGS

3
B5DGC



## JACOPO DA PONTE, CALLED JACOPO BASSANO

*Jacob's Ladder*
Black chalk heightened with white on blue paper
390 by 522 mm

$60,000

PROVENANCE
Herbert List;
Vaduz;
Stiftung Ratjen,
his sale and others, New York, Sotheby's, 27 January 1999, lot 51

EXHIBITED
Fort Worth, Texas, Kimbell Art Museum, *Jacopo Bassano*, 1992-93, cat. 91, reproduced

LITERATURE
A. Ballarin, 'Introduzione ad un catalogo dei disegni di Jacopo Bassano, iii', in *Arte Veneta*, XXVII, 1973, p. 91, and p. 122, note 2;
Idem, 'Jacopo Bassano, Incontro di Giacobbe e Rachele al Pozzo,' in *Biduino ad Algardi: Pittura e Scultura a confronto*, exhib. cat., Turin 1990, pp. 144-145, reproduced;
R. Rearick, *Jacobus a Ponte Bassanensis: I disegni della vecchiaia* (1577-1592), Padua 1993, folio V, no. 7, fig. c;
A. Ballarin, *Jacopo Bassano*, vol. I, Padua 1995, p. 201, note 2, and pp.289-290, reproduced, no. 321, vol. II, Padua 1996, reproduced no. 946

Ballarin associated this large compositional study with biblical-pastoral works by Bassano, datable to the years 1563-68, and pointed out the similarities in style with paintings such as *Jacob and Rachel at the Well* of about 1565 (private collection, Turin). Roger Rearick, however, suggested a later dating of circa 1578, based on stylistic comparison with two other drawings of that date, the *Flight into Egypt* (on the verso of a study of St. Jerome in the Accademia Carrara, Bergamo, inv. no. 294) and the *Presentation of the Virgin* (Muzeum Narodowe W. Warszawie, Warsaw, inv. no. rys ob.d iii). Although the present drawing cannot be related to a known work, Rearick noted that there was a painting of this subject listed as no. 69 in the inventory of Bassano's workshop made at his death. Vittoria Romani, in the Fort Worth exhibition catalogue, pointed out similarities with a drawing in the Uffizi, *The Mystic Marriage of St. Catherine*, which is dated 1567.

OLD MASTER DRAWINGS

4
B5DGD

## NEAPOLITAN SCHOOL, 17TH CENTURY
*Studies of St. Michael*
Red chalk and wash and pen and brown ink over black chalk,
partially squared for transfer in black chalk
146 by 195 mm

$6,000



5
B5DGF

## GIOVANNI BALDUCCI
*Mary at the Tomb / Noli Me Tangere*
Pen and brown ink and wash over black chalk, heightened with
white on blue paper;
bears old attribution, verso: *Vasari*
256 by 190 mm

$16,000

PROVENANCE
Sale, London, Christie's, 4 July 1989, lot 5

Comparable drawings are in the Louvre:
F. Viatte, *Dessins Toscans XVIe-XVIIIe Siècles*, 1988, nos. 33, 37
and 41



6
B5DGH

## ATTRIBUTED TO GIROLAMO ROMANINO
*Recto: Hercules and other Deities on Olympus Verso: A
seated man turned to the right*
Pen and gray ink and wash over black chalk, within pen and ink
framing lines;
bears old attribution, verso: *Romanino*
157 by 188 mm

$20,000

PROVENANCE
Professor W. Burgi;
sale, London, Christie's, 11 December 1990, lot 10 (as
Attributed to Girolamo Romanino)

OLD MASTER DRAWINGS

7
B5DGJ

### VENETIAN SCHOOL, CIRCA 1600
*Portrait of a Magistrate*
Red chalk heightened with white, within brown ink framing lines
347 by 247 mm

$4,000



8
B5DGL

### CREMONESE SCHOOL, 16TH CENTURY
*Head of a bearded man*
Black chalk
216 by 165 mm

$6,000



9
B5DHZ

### DANIELE CRESPI
*Study of a Devil*
Black chalk
270 by 253 mm

$16,000

PROVENANCE
The King of Spain (his mount and numbering);
sale, Milan, Sotheby's, 11-12 May 1999, lot 207



OLD MASTER DRAWINGS

10
B5DJ5

**CIRCLE OF ANDREA DEL SARTO**
*The Deposition*
Black chalk
223 by 164 mm

$40,000

PROVENANCE
Michelangelo Pacetti (L.2057);
sale, London, Sotheby's, 3 July 1989, lot 75 (as Florentine
School, late 16th century)



11
B5DJK

**BACCIO DELLA PORTA, CALLED FRA
BARTOLOMMEO**
*Recto: Head study of a monk Verso: Figure studies*
Black chalk and touches of white chalk
247 by 165 mm

$200,000

PROVENANCE
Sale, New York, Sotheby's, 13 January 1989, lot 52 (as
Attributed to Fra Bartolommeo)

Similar black chalk studies of heads of monks by Fra
Bartolommeo are in the Fogg Museum, Cambridge, Mass. (see
B. Berenson, *The Drawings of the Florentine Painters*, Chicago
1938, p. 24, no. 212d, fig 451) and in Berlin (see H. von der
Gabelentz, *Fra Bartolommeo*, Leipzig 1922, p. 20, no. 5,
reproduced).

Chris Fischer confirmed the attribution in 1989, believing the
model to be the same as that used in the study of a head in
Rotterdam, Museum Boymans-van Beuningen, vol. N. 142,
recto.



OLD MASTER DRAWINGS

12
B5DJN

## FRANCESCO MAZZOLA, CALLED IL PARMIGIANINO
*Mercury*
Red chalk, arched top;
bears old attribution in brown ink, lower right: *Franco Parmigianino*
155 by 99 mm

$40,000

PROVENANCE
Sale, London, Sotheby's, 4 July 1988, lot 18

LITERATURE
D. Ekserdjian, 'Unpublished Drawings by Parmigianino. Towards a Supplement to Popham's catalogue raisonné,' *Apollo*, August 1999, pp. 3 ff, fig. 33;
C. Beguin, M. Di Gianpaolo & M. Vaccaro, *Parmigianino, The Drawings*, Turin 2000, cat. no. 81, pp 204, reproduced p. 240

The *verso* is closely connected to Parmigianino's drawings in the Uffizi (inv. no. 1986f), also showing Mercury flying to the right, which Popham believed to date from the artist's Bolognese period, 1527-30 (see A.E Popham, *Drawings of Parmigianino*, New Haven 1971, p. 71, no. 93, pl. 268).



13
B5DLF

## CAMILLO PROCACCINI
*Study for a fresco:  St. Carlo Borromeo in procession, flanked by statues of Sts. Nazarus & Celus in niches*
Red chalk with cut out pentimenti
288 by 504 mm

$50,000



This is a preparatory study for Procaccini's fresco, now destroyed, on the right wall of the presbytery of S. Nazzaro Maggiore, Milan.  It formed part of a cycle of frescoes of scenes of the lives of Sts. Nazarus and Celus, completed by Camillo shortly before 1619.  The commission is described by Malvasia in *Felsina Pittrice*, 1678, vol. I, p. 282.  This composition records the transfer in 1579 of the relics of Sts. Nazarus and Celsus to the new altar of the basilica which had been radically restructured in 1578 on the instructions of St. Carlo Borromeo.  Two related composition studies are known:  one by Camillo now in Berlin-Dahlem (kdg. 16307), the other, now in the Louvre (inv. no. 6738), a copy after a lost original by Camillo (see N. W. Neilson, *Camillo Procaccini*, New York 1979, pp. 78-79, figs. 264, 265).  The highly finished quality of the present drawing suggests that it was a final study for the fresco.

OLD MASTER DRAWINGS

14
B5DLH

### ATTRIBUTED TO BRAMANTINO
*Study of a seated man and a further subsidiary study*
Red chalk on paper washed pink
320 by 224 mm

$160,000



15
B5DLJ

### SCHOOL OF FONTAINEBLEAU, 16TH CENTURY
*Ceres on a chariot (Glass/silver design?)*
Pen and brown ink and wash, oval
200 by 126 mm

$10,000



16
B5DLK

### ATTRIBUTED TO BIAGIO PUPINI, CALLED DALLE LAME
*An Allegory of Persephone*
Pen and brown ink and wash, heightened with white on blue washed paper, within brown ink framing lines;
inscribed in brown ink with indications of the figures
212 by 300 mm

$8,000



OLD MASTER DRAWINGS

17
B5DLL

## GIULIO PIPPI, CALLED GIULIO ROMANO
*A frieze with four figures*
Pen and brown ink and wash, within brown ink framing lines,
squared in black chalk
255 by 230 mm

$240,000

PROVENANCE
Earl Spencer (L.1531),
Richard Houlditch Junior (L.2214);
William Mayor (L.2799);
J. Stewart Hodgson,
his sale, London, Christie's 20 May 1921, lot 13;
sale, London, Sotheby's, 4 July 1988, lot 36

EXHIBITED
London, Royal Academy of Arts, *Old Master Drawings*, 1953, no.
65

LITERATURE
W. Mayor, *A Brief Chronological Description of a collection of
Original Drawings and Sketches by the most celebrated
masters....*, London 1871, p. 9, no. 44

This drawing shows Scipio, Hannibal and Alexander disputing in
Hades before Minos, judge of the underworld (represented
here with Pluto's fork and snakes) about which of them had
been the greatest. The subject comes from Lucian's dialogue
Minos (Dialogue of the Dead, ix), which ends with Scipio
arguing that he should be placed after Alexander but before
Hannibal, whom in real life he had defeated, and with Minos
thereupon pronouncing Alexander the winner.



18
B5DLM

## ATTRIBUTED TO GIULIO ROMANO
*A Female Allegory*
Pen and brown ink, squared in black chalk
106 by 150 mm

$10,000



OLD MASTER DRAWINGS

19
B5DMC

**LELIO ORSI**
*A Battle Scene*
Pen and brown ink;
bears old attribution in brown ink, lower right
229 by 357 mm

$40,000



PROVENANCE
Dubini Collection;
Hoepli

EXHIBITED
E. Monducci & M. Pirondini, *Lelio Orsi*, Silvana Editoriale 1987,
cat. no. 146, pp. 170-171, reproduced p. 170

LITERATURE
*Asta di Disegni dal XVI al XVIII secolo, catalogo Milano, Finarte,*
194, 27-28 November, 1974, lot 27;
S. Leonelli, *L'opera grafica di Lelio Orsi dal 1554 al 1587*, tesi di
laurea, Università degli Studi di Bologna, relatore Prof. C. Volpe
a.a. 1979-80, p. XXVII-XXVIII, no. 19;
V. Romani, *Lelio Orsi*, Modena 1984, p. 52, no. 37

20
B5DMG

**EMILIAN SCHOOL, LATE 16TH CENTURY**
*The Resurrection*
Pen and brown ink and gray wash, heightened with white and
squared in black chalk on blue paper
212 by 165 mm

$2,400



21
B5DMK

**EMILIAN SCHOOL, 16TH CENTURY**
*Design for a frieze with figures*
Pen and brown ink and wash, heightened with white on blue
paper
94 by 185 mm

$2,000



OLD MASTER DRAWINGS

22
B5DMS

## LATTANZIO GAMBARA
*Design for the decoration of a spandrel: Charity*
Red chalk heightened with white chalk
425 by 250 mm

$50,000

PROVENANCE
Sale, London, Christie's, 20 April 1993. lot 47, BI;
sale, London, Christie's, 5 July 1994, lot 14 (£2,760);
sale, New York, Sotheby's, 21 January 2003, lot 34

A study for the figure on the spandrel above the door of the
west wall of the nave in the Duomo, Parma, frescoed by
Gambara between 1571 and 1573 (see M. Tanzi, *Lattanzio
Gambara nel Duomo di Parma*, Turin 1992, illustrated). A pen
and ink modello for the whole wall is in the Accademia Carrara,
Bergamo, G. Bora, *I Disegni Lombardi e Genovesi del
Cinquecento*, Treviso 1980, no. 74, reproduced. Other studies
for the project are in the British Museum (A.E. Popham, *Artist's
working in Parma in the Sixteenth Century*, London 1967, I, nos.
38-40, II pls. 33-5) and in the Louvre, G. Bora, *op. cit.*, no. 75,
reproduced.



23
B5DMT

## GIROLAMO MIROLA
*An Embracing Couple*
Pen and brown ink over traces of black chalk
260 by 231 mm

$30,000

PROVENANCE
Alfredo Viggiano (L.191a);
sale, Florence, Sotheby's, 10 April 1974, lot 8 (as Roman
School, second half 16th century);
Mario di Giampaolo

LITERATURE
D. DeGrazia, *Bertoia, Mirola and the Farnese Court*, Bologna
1991, no. D5, reproduced fig. 5

A study for the Sala di Ariosto, Palazzo del Giardino, Parma, c.
1562.



OLD MASTER DRAWINGS

24
B5DMV

**GIOVANNI LANFRANCO**

*Recto: Studies of three male heads Verso: A half length
figure looking up and a study of a face*
Black chalk and charcoal heightened with white, on blue paper
(recto and verso)
417 by 282 mm

$40,000

PROVENANCE
Sale, New York, Sotheby's, 28 January 2016, lot 113



This broadly and vigorously executed, double-sided sheet is
highly characteristic of Lanfranco's individual graphic
style, with its bold, strong strokes of black chalk, heightened
with white chalk, and typical use of blue paper. The *mise-en-
page*, combining various studies, is also comparable with many
other sheets by the artist. On the *recto*, the study of the face of
a young man looking down, surely drawn from life, can be
closely compared to a very similar head, most likely that of the
same model, but shown looking upwards, in a drawing now in
the Museo di Capodimonte, Naples.[1] The sheet in Capodimonte
was associated by Raffaello Causa to *The Martyrdom of St.
John*, part of Lanfranco's fresco decoration for the church of
the SS. Apostoli, Naples (1638-1646).[2] The studies on the
present sheet do not, however, seem to be related to this same
scene.



There are also certain stylistic similarities with two other sheets
at Capodimonte,[3] both preparatory for the figure of St.
Sebastian in the earlier painting by Lanfranco of *St. Sebastian
in Glory,* in the Museum of Fine Arts, Houston (fig. 1).[4] The head
in the present sheet is quite similar to that of St. Sebastian in
the Houston painting, which is dated by Schleier to around
1634, just before Lanfranco's departure for Naples, to start
work on the fresco decorations in the Gesù Nuovo (1634-
5). The painting appears in the 1644 inventory of the Cardinal
Antonio Baberini, but it is not certain if it was he who
commissioned it.

[1] Naples, Museo di Capodimonte, inv. no. GDS 973;

[2] R. Causa, *Disegni di Lanfranco per la Chiesa dei Santi Apostoli
nel Museo di Capodimonte*, exhib. cat., Naples, Museo di
Capodimonte, 1964, p. 24, no. 38, fig. 9

[3] Naples, Museo di Capodimonte, inv. nos. GDS 542 and GDS
482; E. Schleier, *Disegni di Lanfranco (1582-1647)*, exhib. cat.,
Florence, Uffizi, Gabinetto Disegni e Stampe, 1983, pp. 160-1,
nos. XXXIIa, XXXIIb, reproduced respectively figs. 151, 150

[4] *Idem, Giovanni Lanfranco, Un pittore barocco tra Parma Roma
e Napoli*, Milan 2001, p. 276, no. 82, reproduced p. 277

OLD MASTER DRAWINGS

25
B5DMW

### LELIO ORSI
*A Battle with lions*
Pen and brown ink

$70,000

PROVENANCE
Dr Ernst Merklin, Berlin;
Sale, London, Christie's 25 June 1968, lot 46;
Sir Timothy Clifford (bears his collectors mark, not in Lugt)

LITERATURE
J. R. Hoffman, Lelio Orsi da Novellara: a stylistic chronology;
Ph. D. Dissertation, University of Wisconsin, 1975, p. 199, fig.
87;
V. Romani, 'Lelio Orsi e Roma; fra maniera raffaellesca e
maniera michelangiolesca', in *Prospettiva*, 29, 1982, pp. 48, 59,
no. 64, fig. 14;
Monducci & M. Pirondini, *Lelio Orsi*, Silvana Editoriale 1987, cat.
no. 132, reproduced p. 145



26
B5DMZ

### CAMILLO BOCCACCINO
*The Raising of Lazarus*
Point of the brush and brown wash, heightened with white on
brown prepared paper
545 by 403 mm

$90,000

The present drawing is a preparatory study for Boccaccino's
fresco of *The Raising of Lazarus*, in the presbytery of the
Church of San Sigismondo, Cremona.

Boccaccino executed a second fresco, as part of the same
commission, depicting *Christ and the adulterous woman*,
which, like *The Raising of Lazarus*, can be dated to *circa* 1540.

Further studies for *The Raising of Lazarus* survive, including an
impressive compositional study in the Ambrosiana, Milan, and
two studies for individual figures found in the foreground of the
painted composition, both of which are preserved in the
collection of the Uffizi, Florence.



OLD MASTER DRAWINGS

27
B5GH2

### GIOVANNI FRANCESCO BARBIERI, CALLED IL GUERCINO

*Modello for the 'Offering of Abigail'*
Pen and brown ink and wash, on two pieces of paper
625 by 757 mm

$250,000

PROVENANCE
Lord Francis Egerton, 1st Earl of Ellesmere,
by descent to the 5th Earl of Ellesmere, 6th Duke of Sutherland,
his sale, London, Sotheby's, *The Ellesmere collection of Drawings by the Carracci and other Bolognese Masters*, 11 July 1972, Part I, lot 97 (as Studio of Guercino);
with Bernard Houthakker, Amsterdam, 1972 (as Studio of Guercino);
sale, Vienna, Dorotheum, 13 October 2010, lot 379 (as Giovanni Francesco Barbieri, called il Guercino)

LITERATURE
N. Turner, *'The Paintings of Guercino: A Revised and Expanded Catalogue raisonné,'* Rome 2017, p. 123, fig. 100, reproduced, p. 512, under no. 222bis (as Giovanni Francesco Barbieri, called il Guercino)



28
B5GKL

### DUTCH/GERMAN SCHOOL, 18TH CENTURY

*The Holy Family with St. John the Baptist*
Black chalk heightened with white;
bears old attribution: *A Vd I. fe*
375 by 450 mm

$6,000



29
B5GLP

### JACOPO ROBUSTI, CALLED JACOPO TINTORETTO

*Recto: Standing figure of a man  Verso: A fragmentary figure study*
Black chalk heightened with white on blue paper;
bears old attribution, lower right: *G. Tintoretto*
424 by 262 mm

$70,000

PROVENANCE
Sir Joshua Reynolds (L.2364);
sale, New York, Sotheby's, 13 January 1989, lot 217

A study for the figure of Christ in Tintoretto's painting 'The Resurrection of Lazarus,' see R. Pallucchini and P. Rossi, Tintoretto: *Le Opere Sacre e Profane*, Milan 1982, vol. I, cat. no. 223, p. 178, illustrated vol. II, fig. 289, p. 435.



OLD MASTER DRAWINGS

**30**
B5GMB

**FEDERICO ZUCCARO**
*A portrait of the architect, Jacopo Vignola*
Black and red chalk
248 by 190 mm

$10,000

PROVENANCE
Sale, New York, Bonhams, 8 May 2013, lot 3



The present drawing is an excellent example of Federico's portraiture of friends and associates, made in all likelihood around the time he took over the commission to complete the interior decoration of the cupola of Santa Maria dei Fiore in Florence, left unfinished by Giorgio Vasari upon his death in 1574. It compares well with similar drawings in Brussels and the Louvre, both in red and black chalks.

Looking at the roughly sketched details of costume, it appears that the sitter is a gentleman. He wears a cape, a ring or rings on the small finger of his left hand and holds what appears to be a glove. A more intriguing detail is the pair of dividers resting on the table, often an attribute of an architect. Certainly Federico knew a few architects and even portrayed one in a portrait drawing that was later turned into a fresco.

There is a presumed portrait of Giacomo Vignola, the architect of the Farnese villa at Caprarola, for which Federico and Taddeo Zuccaro created the interior decorations, now at the Ashmolean Museum in Oxford, which bears a resemblance to the present sitter, but clearly his beard and hair are better kempt in the Ashmolean sheet. We are also treated to views of different sides of his face, seen from the right at Oxford. Thus, while the evidence is not conclusive, it can be suggested that he is an architect and possibly Vignola.

James Mundy confirmed the attribution to Federico Zuccaro on the basis of photographs at the time of the Bonhams sale in 2013.

**31**
B5GMZ

**FLORENTINE SCHOOL, LATE 16TH CENTURY**
*The construction of a monastery (Study for a lunette)*
Pen and brown ink and wash
248 by 389 mm

$4,000

OLD MASTER DRAWINGS



32
B5GQJ

**GIOVANNI BATTISTA NALDINI**
*Study for the lower half of an Ascension, with the twelve Apostles, Saint Agnes and Saint Helen*
Pen and brown ink and wash on paper washed pink
190 by 183 mm

$80,000

PROVENANCE
Padre Sebastiano Resta;
John, Lord Somers, his numbering lower center:
*m157* and attribution to *Cesare Nebbia* (on the mount);
H. S. Olivier (L.1373);
sale, New York, Sotheby's, 26 January 2005, lot 76

EXHIBITED
Indiana, University of Notre Dame and Binghamton, University
Art Gallery, State University of New York, *The Age of Vasari*,
1970, cat. no. D11, reproduced;
New Haven, Yale University Art Gallery, *Sixteenth Century
Italian Drawings: Form and Function*, 1974, cat. no. 31,
reproduced;
Oberlin College, Allen Memorial Art Museum, *et al.*, *From Studio
to Studiolo*, 1992, cat. no. 33, reproduced

LITERATURE
C. Monbeig-Goguel, *Vasari et son temps*, Paris 1972, p. 91,
under cat. no. 96;
Roseline Bacou and Françoise Viatte, *Dessins italiens de la
Renaissance*, exh. cat. Paris, Louvre, 1975, under cat. no. 35

This drawing is a preparatory study for the lower half of
the *Ascension of Christ*, an altarpiece painted by Naldini before
1576 for the church of Santa Maria del Carmine in Florence.

33
B5GQM

**AGOSTINO CARRACCI**
*Portrait of a Cardinal, head and shoulders*
Pen and brown ink
140 by 110 mm

$16,000

PROVENANCE
Thomas Hudson (L.2432);
William Mayor (L.2799);
sale, London, Sotheby's, 18 February 1991, lot 188 (as
Attributed to Agostino Carracci)



OLD MASTER DRAWINGS

34
B5GVM

### GIOVANNI BAGLIONE
*A martyrdom*
Pen and brown ink and wash over black chalk;
bears old attribution, lower centre: *Bronzino*
274 by 411 mm

$8,000

PROVENANCE
Giuseppe Vallardi (L.1223)



35
B5GW4

### ATTRIBUTED TO GUILLAUME COURTOIS,
### CALLED IL CORTESE
*Three figure studies*
Red and black chalk
330 by 221 mm

$8,000



OLD MASTER DRAWINGS

36
B5GWD

## GIOVANNI FRANCESCO BARBIERI, CALLED IL GUERCINO

*St William receiving his monastic habit*
Pen and brown ink and wash
150 by 113 mm

$18,000



EXHIBITED
Arthur Sackler Museum, Harvard
University Art Museum, Cambridge, 1991
National Gallery of Canada, Ottawa, 1991
Cleveland Museum of Art, 1991

This is a study for the figure of St. William and an acolyte in Guercino's famous altarpiece, painted in 1620 for San Gregorio, Bologna, and now in the Pinoteca Nazionale. Many drawings related to this commission have survived and provide a fascinating view of the evolution of the composition (D. Mahon, *Il Guercino, Catalogo Critico dei Disegni*, Bologna 1969, pp. 75-86). The present study is very close to one at Windsor (Mahon, *op.cit.*, no. 76) which Sir Denis suggests was made to finalise changes made directly onto the canvas, possibly to satisfy a request from the patron to show William at the very moment of assuming his monastic habit (see D. Mahon, *op.cit.*, Bologna 1969, no. 76).

37
B5XKX

## BOLOGNESE SCHOOL, 17TH CENTURY

*Mercury and Adonis*
Pen and brown ink and wash
259 by 194 mm

$8,000



OLD MASTER DRAWINGS

38
B5XL7

## GIOVANNI FRANCESCO BARBIERI, CALLED IL GUERCINO

*Mars, Venus and Cupid*
Pen and brown ink;
bears old attribution, lower left: *Guercino*
235 by 327 mm

$30,000



PROVENANCE
Bears unidentified collector's mark, lower right;
sale, New York, Sotheby's, 21 January 2003, lot 51

Nicholas Turner suggested that the study could relate to the picture by Guercino of the same subject in the Galleria Estense in Modena (see L. Salerno, *I Dipinti del Guercino*, Rome 1988, cat. no. 151). The present study does however differ substantially from the final painting as well as from the other known drawings related to the same composition, which include four further composition studies. Two of those are autograph works by Guercino: one is in the BM (Inv. no. 1910-2-12-4) and the other, formerly in the Chute collection, is now in the Ratjen Foundation in Vaduz (see N. Turner and C. Plazzotta, *Drawings by Guercino in British Collections*, London 1991, p. 247-8, under cat. no. 21, and E. Schaar, ed., *Stifung Ratjen: Italienische Zeichnungen...*, exhib. cat., Munich 1977, cat. no. 71). Of the two remaining sheets, one, closest to the final composition, is a red chalk studio copy after a lost original (sold, London, Christie's, 30 March 1971, lot 133), while the other, formerly in the collection of Thomas Jenkins, is known only from an etching by Giovanni Ottavianni (see Turner and Plazzotta, *loc. cit.*).

39
B5XLB

## SINIBALDO SCORZA

*Apollo with the animals*
Pen and brown ink
230 by 340 mm

$5,000



OLD MASTER DRAWINGS

---

40
B5XLD

**PIETRO NOVELLI, CALLED IL MONREALESE**
*Judith and Holofernes*
Pen and brown ink and wash, over traces of black chalk
267 by 196 mm

$14,000



PROVENANCE
Possibly from the Bernardo De Dominici Collection (mount
resembles those on drawings housed at Capodimonte, Naples.
See F. Solinas & S. Schutze, *Le Dessin Napolitain*, Paris 2008,
p. 255 under M. Epifani, *Il libro de'disegni di Bernardo De
Dominici*, pp. 253 - 260;
sale, London, Christie's, 11 December 1990, lot 279

41
B5XLG

**FOLLOWER OF CLAUDE LORRAIN**
*An Italianate Landscape*
Pen and brown ink and brown and gray wash
167 by 218 mm

$1,600



OLD MASTER DRAWINGS

42
B5XLR

### AGOSTINO TASSI
*The Miracle of the loaves and the Fishes*
Pen and brown ink and gray wash;
bears numbering, centre right: *46*
152 by 210 mm

$16,000



PROVENANCE
Leonardo Scaglia (17th Century);
sale, London, Sotheby's, 8 July 1964, lot 40 (the whole album);
sale, London, Sotheby's, 9 July 1981, lot 26 (as Attributed to Tassi);
sale, New York, Sotheby's, 21 January 2003, lot 48

LITERATURE
P. Cavazzini, 'Agostino Tassi reassessed: a newly discovered album of drawings,' *Paragone*, July 200, pp. 13 and 22, reproduced, fig. 23

This sheet was once part of an album, sold in 1964 at Sotheby's in London (see *Provenance*) as Italian School, 17th century, but with a catalogue note saying that the style of the drawings was close to that of Agostino Tassi. The previous lot in the same sale was another album with the same provenance, but containing drawings by a different hand. In her recent article, Patrizia Cavazzini gives a detailed account (*op.cit.*, pp. 3-31) of the fascinating history of these two albums, which she calls the 'Scaglia album' and the 'Tassi album' (lots 39 and 40 respectively, in the 1964 sale).

43
B5XLT

### AGOSTINO TASSI
*The Miraculous Draught of Fishes*
Pen and brown ink and wash;
bears numbering, centre right: *55*
145 by 205 mm

$12,000



PROVENANCE
Sale, New York, Sotheby's, 27 January 1999, lot 28

LITERATURE
P. Cavazzini, 'Agostino Tassi reassessed: a newly discovered album of drawings', *Paragone*, no. 32, July 2000, p. 20, fig. 28

This drawing, together with another of *The Miracle of the Loaves and the Fishes* (sold, London, Sotheby's, 9 July 1981, lot 26), were once contained in the same album, and both bear similar numbers at the right-hand edge. The attribution has been confirmed by Patrizia Cavazzini.

OLD MASTER DRAWINGS

---

44
B5XM7

**BOLOGNESE SCHOOL, 17TH CENTURY**
*Madonna Immaculata*
Pen and brown ink and gray wash, within brown ink framing lines;
bears attribution in black chalk, lower right: *Tavarone*
158 by 132 mm

$1,200

PROVENANCE
Giuseppe Vallardi (L.1223)



45
B5XM9

**DOMENICO ZAMPIERI, CALLED DOMENICHINO**
*Head study of a young woman*
Red chalk and touches of white chalk, on gray-blue paper;
bears numbering, lower right: *Nr :1961*
290 by 190 mm

$100,000

PROVENANCE
Sale, New York, Christie's, 11 January 1989, lot 41

EXHIBITED
Wilmington, Delaware Art Museum, *Mostly Baroque: Italian Paintings & Drawings from the Carlo Croce Collection*, 1992



46
B5XMC

**ATTRIBUTED TO AGOSTINO TASSI**
*A harbour scene*
Pen and brown ink within brown ink framing lines
90 by 190 mm

$2,400



OLD MASTER DRAWINGS

47
B5XP3

**SCHOOL OF LOMBARDY**
*St. Jerome in the Wilderness*
Pen and brown ink and gray wash, heightened with white on prepared blue paper
193 by 183 mm

$6,000



48
B5XP5

**ATTRIBUTED TO SIMONE CANTARINI, CALLED IL PESARESE**
*Diana surrounded by attendants*
Pen and brown ink
309 by 220 mm

$2,000



49
B5XP6

**GIOVANNI BATTISTA CARACCIOLO, CALLED BATTISTELLO**
*Jacob's Dream*
Pen and brown ink, within brown ink framing lines, on blue paper
230 by 175 mm

$44,000



OLD MASTER DRAWINGS

50
B5XPB

**SPANISH SCHOOL, 17TH CENTURY**
*St. Joseph and the Christ Child*
Pen and brown ink and wash over traces of black chalk
150 by 110 mm

$1,400



51
B5XPL

**ATTRIBUTED TO MATTIA PRETI**
*Study for a seated Evangelist*
Red chalk and wash, the corners cut
429 by 320 mm

$20,000

PROVENANCE
Sale, New York, Sotheby's, 27 January 1999, lot 99 (as
Attributed to Mattia Preti)



52
B5YCB

**ATTRIBUTED TO MASSIMO STANZIONE**
*Two studies: A putto; Two figures*
Both pen and brown ink;
both bear numbering in brown ink: *128.* and *124.* respectively
115 by 45 mm; 108 by 89 mm irregular shape
(2)

$10,000

PROVENANCE
Alfredo Viggiano (L.191a)



OLD MASTER DRAWINGS

53
B5YCC

**ATTRIBUTED TO DOMENICO ZAMPIERI, CALLED DOMENICHINO**
*A sleeping child*
Red chalk
270 by 204 mm

$10,000



54
B5YCD

**NEAPOLITAN SCHOOL, 17TH CENTURY**
*Study of a male nude reclining on a rock*
Red chalk
195 by 142 mm

$14,000

EXHIBITED
Wilmington, Delaware Art Museum, *Mostly Baroque: Italian Paintings & Drawings from the Carlo Croce Collection*, 1992 (as Jusepe Ribera)



55
B5YCH

**DOMENICO PIOLA**
*The Procession of Silenus*
Point of the brush and reddish-brown wash, heightened with white
344 by 510 mm

$14,000

PROVENANCE
Bought as Gregorio de Ferrari, lot 804(?) in Genoa



OLD MASTER DRAWINGS

56
B5YBJ

**GIAN LORENZO BERNINI**
*Portrait of a Young Man*
Black and red chalk, arched top
168 by 128 mm

$50,000



PROVENANCE
Sir Thomas Barlow;
C.R. Rudolf (L.2811b),
his sale, London, Sotheby's, 4 July 1977, lot 106;
sale, New York, Sotheby's, 13 January 1989, lot 75

EXHIBITED
London, Wildenstein, *Artists in the 17th Century Rome*, 1955,
no. 8;
London, Arts Council, *Old Master Drawings from the Collection
of Mr C.R. Rudolf*, 1962, no. 8

LITERATURE
J. Gere, 'Drawings from the Rudolf Collection', *The Burlington
Magazine*, February 1962, vol. CIV, no. 707, p. 88

Wittkower has suggested that this is a self-portrait of Bernini
dating from c. 1613-14.

57
B5YBK

**ATTRIBUTED TO GIUSEPPE CESARI, IL
CAVALIER D'ARPINO**
*Head of a bearded old man, in profile*
Red chalk;
bears numbering in brown ink, upper left: *39.*
118 by 95 mm

$1,600



From an album of drawings by Arpino and his bottega.

OLD MASTER DRAWINGS

58
B5YDK

### BALDASSARE FRANCESCHINI, CALLED IL VOLTERRANO

*Recto:* St. Jerome *Verso:* Studies of a human skull and skeleton
Black chalk (recto and verso)
368 by 230 mm

$12,000

PROVENANCE
Sale, Bern, Galerie Kornfeld, 18 June 2010, lot 115;
with Galleria Stanza del Borgo, Milan





59
B5YDM

### PIER FRANCESCO MOLA

*A battle scene on a bridge*
Red and black chalk
284 by 445 mm

$10,000

PROVENANCE
Peter Lely (L.2094)



60
B5YDX

### NEAPOLITAN SCHOOL, 18TH CENTURY

*Three Mythological subjects*
All black chalk and gray wash, two squared for transfer
Each: 210 by 92 mm
(3)

$8,000



OLD MASTER DRAWINGS

61
B5YF4

CARLO MARATTI
*A full face portrait of a man, said to be Alessandro Algardi*
Red chalk;
bears old inscription in pen and ink: *Portrait de Cav. Algardi fameux sculpteur* and on the *verso* old numberings: *3* and *2055*
389 by 302 mm

$70,000



PROVENANCE
Sale, New York, Sotheby's, 21 January 2004, lot 78 (as Attributed to Carlo Maratti)

This beautiful and intense portrait is very close in style to the two red chalk portraits by Maratti of the sculptor Domenico Guidi, one drawing full face and the second in profile, both now in the BM (see N. Turner, *Roman Baroque Drawings, c.1620-c.1700*, London 1999, vol. I pp. 177-178, reproduced vol. II. pls. 177-178). Both drawings bear a seventeenth century attribution to Carlo Maratti. In the context of the traditional identification of the sitter in the present work, it is interesting to note that Domenico Guidi worked in Algardi's studio from 1649 to 1654. Although the accuracy of the old pen and ink inscription at the bottom of the sheet, comparison with known likenesses suggest that it should not necessarily be dismissed: in particular, there are clear similarities with the painted portrait of the artist in the Accademia di San Luca, Rome, and with the profile engraving included in Bellori's *Vite*.

62
B5YN5

ATTRIBUTED TO MATTEO ROSSELLI
*Saint Cecilia(?)*
Red chalk
244 by 187 mm

$4,000



OLD MASTER DRAWINGS

---

63
B5YN9

**CIRCLE OF PIETRO BERRETTINI CALLED PIETRO DA CORTONA**
*A Mythological Scene*
Black chalk, squared for transfer in black chalk
370 by 280 mm

$12,000



64
B5YN8

**CARLO MARATTI**
*Study for a ceiling decoration*
Red chalk, squared for transfer in black chalk on blue paper;
bears old attribution in brown ink, lower right: *Maratti*
210 by 280 mm irregular

$18,000



65
B5YPC

**GIOVANNI BATTISTA BEINASCHI**
*Christ among the Doctors*
Pen and brown ink and wash;
bears numbering, lower right: *23* and an old attribution on the
backing: *Luca Giorda* and numbering: *No 3183*
375 by 541 mm

$16,000



OLD MASTER DRAWINGS

66
B5YQR

### GIOVANNI BAGLIONE
*Study for The Birth of St. Francis*
Pen and brown ink and gray wash over black chalk, squared for transfer;
bears old attribution, lower left: *Carrac.*
152 by 255 mm, lunette

$16,000



LITERATURE
M. Smith O'Neil, 'Cavaliere Giovanni Baglione: "Il Modo
Eccellente di Disegnare"', *Master Drawings*, vol. XXXVI, no. 4
(1998), p. 360, reproduced p. 363, fig. 8

A multifaceted and dynamic composition, the present pen and
ink drawing is preparatory for Giovanni Baglione's fresco, *The
Birth of St. Francis*, in The Lateran Palace, Rome, which dates
to 1589.

67
B5YQY

### PIETRO FACCINI
*Standing male nude holding a drapery*
Red chalk and stumping;
bears numbering in brown ink, upper right: *56*
418 by 263 mm

$60,000



PROVENANCE
Sale, New York, Sotheby's, 12 January 1990, lot 22

EXHIBITED
Wilmington, Delaware Art Museum, *Mostly Baroque: Italian
Paintings & Drawings from the Carlo Croce Collection*, 1992

Comparable academy nudes are in the Uffizi, Florence (inv.
nos. 17445F, 17449F, 12415F); in the Kupferstichkabinett, Berlin
(inv. no. 79D.35.- (3-6), *recto* and *verso*), in the Louvre (inv. no.
172, formerly as Ludovico Carracci). Malvasia, in his biography
of Faccini, records the popularity of these male nude studies
with notable collectors of the time such as Cardinal Leopoldo
de'Medici (see C.G. Malvasia, *Felsina pittrice, Vite dei Pittori
Bolognesi*, 1678, p. 64).

68
B5YR4

### GERMAN SCHOOL, EARLY 18TH CENTURY
*A shepherd and his flock*
Black chalk and stumping heightened with white, on faded blue
paper
280 by 400 mm

$4,000



OLD MASTER DRAWINGS

---

**69**
B5Z9X

## NEAPOLITAN SCHOOL, 17TH CENTURY
*Landscape with ruins*
Red chalk
90 by 190 mm

$5,000

PROVENANCE
Unidentified collector's mark



**70**
B5ZB2

## ANIELLO FALCONE
*Portrait of a boy in profile*
Red chalk;
bears old attribution in brown ink, lower left: *annibal carrache*
272 by 207 mm

$50,000

PROVENANCE
Sale, London, Sotheby's, 1 July 1991, lot 27

This drawing can be compared stylistically with other studies of
heads by Falcone which were almost certainly taken from life.
These studies are generally drawn in red chalk and were
possibly conceived as independent works of art, as they cannot
be connected with any surviving paintings (see Exhib. cat.
Naples, Capodimonte Museum, Civilita del Seicento a Napoli,
vol. II, p. 84, no. 3.25 and Sotheby's 7 December 1987, lot 108).



**71**
B5ZB5

## GIOVANNI BATTISTA TIEPOLO
*The Holy Family adored by Saints Sebastian and Francis*
Pen and point of the brush and black and gray wash;
bears old attribution in brown ink, lower left: *Tiepollo*
406 by 272 mm

$70,000



OLD MASTER DRAWINGS

72
B5ZB6

### CIRCLE OF PIETRO BERRETTINI CALLED PIETRO DA CORTONA
*Bishops in discourse*
Black chalk heightened with white chalk on blue paper
221 by 440 mm

$12,000

PROVENANCE
Giuseppe Vallardi (L.1223)



73
B5ZB8

### CIRCLE OF DOMENICO ZAMPIERI, CALLED IL DOMENICHINO
*A rocky landscape with a river below*
Pen and brown ink
260 by 200 mm

$16,000

PROVENANCE
Peter Lely (L.2094);
Jonathan Richardson Senior (L.2183)



74
B5ZBJ

### EMILIAN SCHOOL, 16TH CENTURY
*A frieze with figures*
Pen and brown ink;
bears inscription in brown ink, lower right: *fiaco serto*
190 by 272 mm

$6,000

PROVENANCE
Cesare Frigerio (L.4363);
Giorgio Dalla Bella (L.3774)



OLD MASTER DRAWINGS

---

75
B5ZBQ

## SALVATOR ROSA
*A man seen from behind carrying a basket on his shoulder*
Red chalk
160 by 104 mm

$16,000

PROVENANCE
Sale, London, Sotheby's, 3 July 1989, lot 156



76
B5ZBV

## GIOVANNI BATTISTA CASTELLO
*The Martyrdom of St. John the Baptist*
Gouache on paper, laid down on panel;
signed and dated in brown ink, *verso: GBC 1612*
bears old collectors name, *verso: antoine sudre(?) 1793*
271 by 206 mm

$14,000



77
B5ZBX

## GENOESE SCHOOL, 17TH CENTURY
*The Martyrdom of St. Agatha, after Sebastiano del Piombo*
Gouache on vellum within gold framing lines
109 by 139 mm

$2,000



OLD MASTER DRAWINGS

78
B5ZC3

**GIOVANNI ANTONIO GUARDI**
*Design for an altarpiece with St. Anthony Abbot, St. Carlo Borromeo, St. Lucy, St. Catherine, and a further female saint*
Pen and brown ink and wash;
bears attribution in pencil, lower right: *Tiepoletto*
230 by 170 mm

$16,000



79
B5ZC5

**GASPAR VAN WITTEL, CALLED VANVITELLI**
*An Italian View, with a town by a bridge*
Pen and brown ink and watercolour with touches of gouache over traces of black chalk;
signed with initials on the mill on the right: *G.V.W.* and bears numbering in brown ink, *verso: N-12*
276 by 419 mm

$30,000



PROVENANCE
Sale, New York, Christie's, 11 January 1989, lot 54,
Dr. Hilary Koprowski and Dr. Irena Koprowska,
their sale and others, London, Sotheby's, 8 July 2015, lot 88

LITERATURE
G. Briganti, edition by Laura Laureati and Ludovica Trezzani, *Gaspar van Wittel*, Milan, 1996, p. 382, no. D278, reproduced p. 383, D278

## OLD·MASTER·DRAWINGS

80
B5zc7

**ATTRIBUTED TO GIOVANNI RAGGI**
*The Martyrdom of San Giovanni, Bishop of Bergamo,
after Giovanni Battista Tiepolo*
Black chalk
592 by 320 mm

$2,400

PROVENANCE
Sale, Rome, Christie's 14 December 2004, lot 464 (as
Attributed to Francesco Fontebasso)



81
B5zc8

**GAETANO GANDOLFI**
*Nine head studies*
Pen and brown ink
195 by 256 mm

$6,000

PROVENANCE
Sale, New York, Christie's, 11 January 1989, lot 73



82
B5zMM

**GIOVANNI BATTISTA TIEPOLO**
*The Virgin and Child adored by Angels*
Pen and black ink and gray wash over black chalk, the corners
cut
317 by 227 mm

$70,000

PROVENANCE
Sale, London, Christie's, 20 April 1993, lot 139 (13,800 GBP);
sale, New York, Sotheby's, 27 January 1999, lot 112

George Knox, at the time of the 1999 sale, confirmed the
attribution on the basis of a photograph. Some 75 drawings of
the Holy Family from the Owen-Saville Album, like the present
study are known. George Knox dates the series 1754-62 and
described them as 'the most magnificently sustained
testimony to Giambattista's graphic inventiveness' (J. Byam
Shaw and G. Knox, *The Robert Lehman Collection, VI Italian
Eighteenth-Century Drawings*, New York, 1987, no. 93).



OLD MASTER DRAWINGS

83
B5ZMV

**ATTRIBUTED TO PIETRO TESTA**
*Five studies of men hanging from a tree*
Pen and brown ink
389 by 290 mm

$5,000



84
B5ZMY

**ITALIAN SCHOOL, 17TH CENTURY**
*St. George on horseback*
Red chalk
187 by 153 mm

$3,000



OLD MASTER DRAWINGS

85
B5ZNM

**ATTRIBUTED TO VINCENZO CAMPI**
*Head study of a young boy (recto and verso)*
Black chalk (recto and verso)
277 by 195 mm

$16,000

PROVENANCE
Prince Wladimir Nikolaevitch Argoutinsky-Dolgoroukoff
(L.2602d)





86
B5ZNV

**SPANISH SCHOOL, 17TH CENTURY**
*Head study of a bearded man, in profile*
Pen and brown ink
255 by 205 mm

$10,000



OLD MASTER DRAWINGS

---

87
B5ZNW

### BOLOGNESE SCHOOL / ATTRIBUTED TO GUIDO RENI
*Head of a bearded man looking to his left*
Oil on paper laid down on canvas

$40,000

PROVENANCE
Sale, New York, Sotheby's, 25 January 2002, lot 34



88
B5ZNX

### LUDOVICO CARRACCI
*The Triumphs of Saints Michael and George*
Point of the brush and brown ink, heightened with white, on paper washed light brown
575 by 434 mm

$160,000

PROVENANCE
Sale, London, Sotheby's, 30 June 1986, lot 144 (as Bolognese School, c.1600);
with Piero Corsini Gallery, New York

LITERATURE
R. Simon, *Important Old Master Paintings*, New York 1988, no. 6;
B. Bohn, *Ludovico Carracci and The Art of Drawing*, Belgium 2004, pp. 284-285, no. 145, reproduced p. 285

Preparatory oil sketch for Ludovico Carracci's altarpiece, The Triumph of Saints Michael and George, in the Grimaldi chapel, SS. Gregorio e Siro, Bologna.



OLD MASTER DRAWINGS

89
B5ZNZ

### ANTONIO D'ENRICO, CALLED TANZIO DA VARALLO

*Drapery Study*
Red chalk heightened with white, on paper washed pink
184 by 152 mm

$16,000

PROVENANCE
Gotthard Schuh (1897-1969), Zurich;
sale, Zurich, Schuler Auktionen, 12 December 2008, lot 4444
(two in the lot);
sale, New York, Sotheby's, 30 January 2019, lot 4

LITERATURE
F. Ferro, *Testori a Novara*, Milan 2009, pp. 145, 148, p. 149, note
3, reproduced p. 146;
S. Bareggi and F. Ferro, 'Antologia di Artisti, Alcuni disegni
inediti di Tanzio da Varallo', *Paragone*, no. 112 (765), November
2013, pp. 32-41, reproduced pl. 24



90
B5ZP3

### VENETIAN OR FERRARESE SCHOOL, FIRST HALF OF THE 16TH CENTURY

*An Allegorical figure, possibly an astronomer, his right
hand pointing to a tablet*
Black chalk heightened with white chalk on blue paper
222 by 179 mm

$25,000

PROVENANCE
Sale, New York, Sotheby's, 30 January 2019, lot 7



CERTIFICATION

1. Sotheby's, whose principal place of business is located at 1334 York Avenue, New York, New York, 10021, is actively engaged in conducting public sales and valuations of art and literary property, including that of the kind and character set down upon the preceding schedule.

2. Sotheby's may have been, or may be in the future, engaged to sell some or all of the property at auction or by any other means. Any engagement did not affect the performance of the Valuation or determination of value.

3. This is to affirm that the following specialist is qualified based on their background, experience and education to render a valuation for the items listed in this document

   - Cristiana Romalli
   - Alexander Faber

4. The values set forth, including

   - the retail replacement values issued for insurance purposes as of 01 February 2019

   represent to the best of the valuers' judgment the values of the items listed as of the date of the valuation unless otherwise indicated.

5. In some instances, values have been based on photographs and information provided.

6. Unless otherwise noted, condition is assumed to be good.

7. The values are given with the assumption that the provenance for the property could be demonstrated to satisfy our internal compliance standards, and that the property could legally be offered for sale in all relevant jurisdictions and in compliance with all relevant laws and regulations, including those related to cultural heritage and endangered species.

8. This valuation is subject to the terms of the Valuation Agreement between Sotheby's and Dr Carlo Croce.

9. The term "Purchase Price" is indicated where Sotheby's has listed a value provided by the owner. Sotheby's has not verified that this represents the insurance value of the work as of the date of this valuation.

Signed: *Danielle Wandersee*

Danielle Wandersee
Vice President

Date: April 25, 2019

SOTHEBY'S