# Sotheby's

AUCTIONS · BUY NOW · PRIVATE SALES · SELL · Search Sotheby's



# Art Financing with Sotheby's Financial Services

## Want to Use Art as Collateral?

Sotheby's Financial Services is the world's *only* full-service art financing company. With almost three decades of experience in art lending, $5.5 billion in loans made to date, and an in-depth knowledge of the international art market, we can provide a timely and accurate valuation of your collection, then offer you a tailor-made financing solution.

We tailor each loan to fit your personal circumstances and ensure that each transaction is as streamlined and worry-free as possible. We offer loans against items consigned for sale and term loans against the value of your corporate collection.

We pride ourselves in our ability to provide funds with unmatched speed. With our experience, in-house resources, and underwriting focused on the art alone, you can often access funds within a matter of days. Each consultation is confidential and our Financial Services experts are always available to assist you.

*For more information, simply fill out the form or please contact:*
Sotheby's Financial Services
New York: +1 (212) 894 1130
London: +44 (0) 207 293 5797
services@sothebysfinancial.com

## Request a Confidential Consultation:

* Title

* First Name

* Last Name

* Email

Notes

protected by reCAPTCHA
Privacy · Terms

SUBMIT

## Follow Us

    

**SUPPORT**
Help Center
Locations
Download the App

**CORPORATE**
Press
Privacy Policy
Corporate Governance
Careers

**MORE...**
Security
Terms & Conditions
Conditions of Business
Modern Slavery Statement
Do Not Sell My Personal Information

(C) 2024 Sotheby's

All alcoholic beverage sales in New York are made solely by Sotheby's

Need Help

Sections    Local news    Axios Pro    Events    About Axios    Subscribe          Log In

Mar 25, 2023 - Economy

# Sotheby's unsentimental new era

 Felix Salmon, author of [Axios Markets](#)


Illustration: Shoshana Gordon/Axios

The art market is defined by the awkward combination of the financial with the ineffable — and the influence of the former over the latter has been growing consistently for decades.

**Why it matters:** By shopping around its art loans, Sotheby's is revealing the degree to which the genteel protocols of the past are no longer necessary, or even desired.

**Driving the news:** Bloomberg [reported](#) this month that auction house Sotheby's "is pitching investors a first of its kind: a securitization of personal loans to the wealthy secured on their art collections."

**The big picture:** Sotheby's has been pushing the envelope of art financialization since it was acquired by French billionaire Patrick Drahi in 2019.

- Its Sotheby's Financial Services subsidiary is run by a former Blackstone executive who is loves to [talk](#) about how he's "building out a sophisticated funding framework."

**How it works:** Historically, art lending at places like Sotheby's was part of the suite of services that auction houses use to build up a close relationship with their best and biggest clients.

- Rather than just helping collectors buy and sell, Sotheby's could be there for them when they needed liquidity, too — and all of that would in theory help the house nab any eventual sale mandate.

**Be smart:** The terms of art loans allow the lender to sell artworks at well below-market prices if an interest payment is missed and the loan counts as being in default. That can cause great unhappiness and even [lawsuits](#) from borrowers.

- **Between the lines:** A Sotheby's relationship manager will naturally be inclined to err on the side of grace when it comes to late payments from a borrower. Such executives will want to preserve the relationship rather than ruin it by foreclosing on an artwork.
- The buyer of a securitized loan, however, has no interest in the value of the relationship and will insist that Sotheby's treat the loan in a dispassionate and narrowly profit-maximizing manner.

**The bottom line:** That's exactly the unsentimental signal Drahi wants to send — not only to potential borrowers but even to Sotheby's own staff.

*Go deeper:* Artnet's Katya Kazakina published a great [profile](#) of Drahi in December. He has "no patience for diva behavior" or expensive rainmakers, per her piece; instead, he ultra-efficiently maximizes profits by adding new fees, changing financial terms, and extracting dividends from real-estate assets.

## Go deeper



**News worthy of your time.**

Download the app  →

About | Subscribe
About Axios | Axios newsletters
Advertise with us | Axios Pro
Careers | Axios app
Events | Axios podcasts
Axios on HBO | Courses
Axios HQ | Earn Axios rewards
Privacy and terms
Accessibility Statement
Online tracking choices
Your Privacy Choices
Contact us

AXIOS

# The wealthy are borrowing billions against their art collections and lenders are reselling the debt

PUBLISHED THU, FEB 20 2020 8:58 AM EST | UPDATED THU, FEB 20 2020 2:58 PM EST

Robert Frank
@ROBTFRANK








KEY
POINTS

- While the big banks dominate art lending because of lower rates, more and more art finance firms and auction houses are expanding their loan business to attract more clients.

- The value of privately held art is estimated at more than $2 trillion, and the potential market for art loans could easily top $400 billion, according to industry executives.

- Lenders say the big opportunity — and the new risk — is in the business of reselling art loans to investors.

Fast Money



TRENDING NOW

FROM THE WEB

## SQUAWK BOX U.S.
### Art lending become big business for private banks

More and more wealthy art collectors are cashing in on low interest rates to borrow against their Picassos and Basquiats, adding to risks of a leveraged boom and bust in the art market.

The Fine Art Group, an art advisory and finance firm, said loan requests surged by 30% in 2020 compared with 2019 as collectors sought to borrow against their collections to invest in more art or other businesses. Bank of America's art lending unit, the largest by loan volume, said its loan business surged 30% last year, while UBS, JPMorgan and Goldman Sachs also saw strong growth, according to industry executives.

"A lot of our clients are entrepreneurs, and they use leverage across their businesses and personally," said Freya Stewart, CEO of art finance at The Fine Art Group. "They have a lot of valuable capital tied up in their art collections and they want to release that capital for other uses."

The top segments in business and politics – wrapped with exclusive color and context - right in your ears

SQUAWK POD
LISTEN NOW

While the big banks dominate art lending because of lower rates, art finance firms and auction houses are increasingly expanding their loan business to attract more clients.



A woman sells her exhibition "Juan Miltari Basquiat's" is a picture at an auction house, Juan Miltari Basquiat's comes from graffiti in New York in a rare piece at the Christie's Modern Art Auction in 2017.

Banks typically charge 2% to 5% on art loans, depending on the client's other assets and businesses, with art lending firms and auction houses often charge 6% to 9%. The term of an art-backed loan is typically a year, and owners can usually borrow as much as half of the appraised value of the artwork. This means an owner of a $10 million work by Pablo Picasso, for instance, could typically get a loan for as much as $5 million.

## A $400 billion industry

Sotheby's is staking the biggest push among non-banks. The auction house recently formed a partnership with former hedge fund manager Alex Klabin to grow its lending business and develop alternative financing structures.

Klabin is now executive chairman of the auction house's financial arm, Sotheby's Financial Services. Previously, he co-founded Blackstone Group 's Senfina Investment Advisors (SIA), and with Jed ran the multibillion-dollar hedge fund about a year ago.

The value of privately held art is more than $2 trillion, Klabin said, yet the art lending business is valued at only about $20 billion. He estimates the potential market for art loans could easily top $400 billion.

"We think there is a tremendous growth opportunity ahead of us," Klabin said.

Sotheby's CEO Charles Stewart said the rise of younger collectors, who tend to see art as more of a shorter-term asset, is also driving the growth in art loans.

"It's not the same mindset as, 'you're going to own something forever,'" Stewart said. "There's a view that you buy something, and then when you want something else or are done with it, you sell it and resell it. Things take on more of an investment mindset. So that creates opportunity for a finance services."

## Reselling art loans

Lenders say the big opportunity — and the new risk — is in the business of reselling art loans to investors.

Unlike stocks or homes, art can be illiquid and hard to value. A $10 million piece might take weeks or months to sell and find a buyer. Valuations can shift with art fashions and market trends.

Doctors Stunned: 'Anti-Lazy' Drops Are Now Sold Without Rx
Health Headlines

This Is The Highest Rated Hearing Aid In The US
hear.com