UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARLO M. CROCE,

    Plaintiff,

v.　　　　　　　　　　　　　　　　Civil Action 2:23-cv-2896
　　　　　　　　　　　　　　　　　　**Judge Sarah D. Morrison**
　　　　　　　　　　　　　　　　　　**Magistrate Judge Chelsey M. Vascura**
SOTHEBY'S FINANCIAL SERVICES,
INC., *et al.*,

    Defendants.

## ORDER

    This matter is before the Court on Plaintiff's Motion for Leave to File the First Amended Complaint. (ECF No. 16.) After filing the Motion, Plaintiff's counsel contacted counsel for Defendants and reports that Defendants do not oppose the motion. For good cause shown, the Motion (ECF No. 16) is **GRANTED** pursuant to Federal Rule of Civil Procedure 15(a)(2). The Clerk is **DIRECTED** to file on the docket Plaintiff's First Amended Complaint, attached to the Motion as Exhibit A. (ECF No. 16-1.)

    **IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　/s/ *Chelsey M. Vascura*
　　　　　　　　　　　　　　　　　　CHELSEY M. VASCURA
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE