

# Sotheby's

AUCTIONS    BUY NOW    PRIVATE SALES    SELL    Search Sotheby's    🔍    🛍



About Us  >  Services

# Valuations

**OVERVIEW** | **CONTACTS** | **RELATED STORIES**

## Overview

Sotheby's Valuations Department provides bespoke inventories and appraisals which are recognised around the world by government agencies, financial institutions and international insurance brokers, including Her Majesty's Revenue and Customs in the United Kingdom and the Internal Revenue Service in the United States.

We tailor each valuation around the collector and the collection, working with single items through to large multi-category collections. Our scholarship and expertise in the art market allows us to offer the highest level of service with the strictest policy of confidentiality for private collections, museums, galleries, and corporations.

Working remotely and in the office, we continue to provide valuations in a digital format. Our team is available to produce draft valuation documents on receipt of detailed information and high-resolution images and provide updated figures for collections previously valued by Sotheby's. With all our specialist and production teams working remotely and in the office, we can initiate the valuation process with in-person and virtualinspections.

Our comprehensive valuation services, as outlined above, also include:

- Estimates for Sale (Private Treaty and Auction)
- Valuations for Collection Management Purposes
- Valuations for Loan Collateral (depending on jurisdiction)
- Taxation Valuations (Inheritance, Estate, Donation, Gift and Capital Gains Tax)
- Valuations for Family Division
- Valuations for Insurance Purposes

If you wish to sell with Sotheby's please access our free and easy-to-use online valuation service. You only need to provide some information and upload images from your phone or laptop. Our specialists will review your submission and issue preliminary estimates for items that can be included in our sales. Click here to get started!

To learn more about all our valuation services and how we can assist you, please contact us directly by phone or by email.

**READ LESS**

### Related Links

Fiduciary Client Group

Upcoming Auctions

### Contact Us

LONDON:    +44 20 7293 6422
           valuations@sothebys.com

NEW YORK:  +1 212 894 1297
           valuationsnewyork@sothebys.com

## Contacts

**NEW YORK**    LONDON    PARIS



**Mari-Claudia Jiménez**

Chairman, President, Americas | Head of Global Business Development
New York

VIEW BIO



**Catherine Foster Ellison**

Senior Vice President, Head of Business Development, Americas
New York

VIEW BIO



**Danielle Isaacs**

Vice President, Head of Department, Valuations
New York

VIEW BIO



**Grace Kortlander**

Assistant Vice President, Director of Operations
New York

VIEW BIO

## Related Stories

# Follow Us    🐦    f    📷    YouTube    微博



SUPPORT
Help Center
Locations
Download the App

CORPORATE
Press
Privacy Policy
Corporate Governance
Careers

MORE...
Security
Terms & Conditions
Conditions of Business
Modern Slavery Statement
Do Not Sell My Personal Information

(C) 2024 Sotheby's                    All alcoholic beverage sales in New York are made solely by Sotheby's