UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CARLO M. CROCE,

      Plaintiff,

  v.                                Civil Action 2:23-cv-2896
                                      Judge Sarah D. Morrison
                                      Magistrate Judge Chelsey M. Vascura

SOTHEBY'S FINANCIAL SERVICES,
INC., *et al.*,

      Defendants.

## ORDER

Defendants have filed their Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1). (ECF No. 34.) The Court has not ordered Defendants to file this document. Moreover, the parties have not utilized their initial disclosures in a court proceeding. The Court therefore **STRIKES** Defendants' filing and **ORDERS** them to cease filing discovery documents until they are used in a proceeding or the Court orders otherwise. *Cf.* Fed. R. Civ. P. 5(d)(1) ("[D]isclosures under Rule 26(a)(1) or (2) and the following discovery requests and responses must not be filed until they are used in the proceeding or the court orders filing: depositions, interrogatories, requests for documents or tangible things or to permit entry onto land, and requests for admission."). The Court notes, however, that striking this document from the docket "does not prevent it from being effective." *Valente v. Univ. of Dayton*, No. 3:08-cv-225, 2009 WL 2132631, at *1 (S.D. Ohio, July 13, 2009).

    **IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE