# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CARLO M. CROCE<br><br>      Plaintiff,<br><br>vs.<br><br>SOTHEBY'S FINANCIAL SERVICES, INC., *et al.*<br><br>      Defendants. | Case No. 2:23-cv-02896<br><br>Judge Sarah D. Morrison<br>Magistrate Judge Chelsey M. Vascura<br><br>**NOTICE OF DEPOSITION OF PLAINTIFF CARLO M. CROCE** |

Now come Defendants Sotheby's Inc. ("Sotheby's") and Sotheby's Financial Services Inc. ("SFS") (collectively, "Defendants"), by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 30, and hereby give notice that they will take the deposition of Plaintiff Carlo M. Croce on January 31, 2025 at 9:00 a.m. at 1700 Lake Shore Drive, Suite 300, Columbus, Ohio 43204.  The deposition will be recorded by stenographic means and may be recorded by video, and will continue from day-to-day until completed.  The deposition will be used for all purposes permitted under the Federal Rules of Evidence and the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Zachary C. Schaengold
Jarrod M. Mohler (0072519)
Zachary C. Schaengold (0090953)
Robbins, Kelly, Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
T: (513) 721-3330 | F: (513) 721-5001
jmohler@rkpt.com
zschaengold@rkpt.com

*Attorneys for Defendants*

Paul Cossu (pro hac vice)
Rachel M. Kaplowitz (pro hac vice)
PRYOR CASHMAN LLP
7 Times Square
New York, New York 10036
(212) 421-4100
pcossu@pryorcashman.com
rkaplowitz@pryorcashman.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 13th day of January, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

*/s/ Zachary C. Schaengold*
Zachary C. Schaengold
