**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| 2:22-cv-0141 | 2:24-cv-1891 | 2:24-cv-3802 |
| 2:23-cv-2466 | 2:24-cv-2033 | 2:24-cv-3812 |
| 2:23-cv-2896 | 2:24-cv-2047 | 2:24-cv-3813 |
| 2:23-cv-3042 | 2:24-cv-2189 | 2:24-cv-3821 |
| 2:23-cv-3367 | 2:24-cv-2449 | 2:24-cv-3888 |
| 2:23-cv-3371 | 2:24-cv-3032 | 2:24-cv-3894 |
| 2:23-cv-3518 | 2:24-cv-3213 | 2:24-cv-3920 |
| 2:23-cv-3540 | 2:24-cv-3325 | 2:24-cv-3924 |
| 2:23-cv-3720 | 2:24-cv-3375 | 2:24-cv-3938 |
| 2:23-cv-3803 | 2:24-cv-3674 | |
| 2:23-cv-4232 | 2:24-cv-3681 | |
| 2:24-cv-0262 | 2:24-cv-3688 | |
| 2:24-cv-0407 | 2:24-cv-3691 | |
| 2:24-cv-1302 | 2:24-cv-3714 | |
| 2:24-cv-1461 | 2:24-cv-3741 | |
| 2:24-cv-1537 | 2:24-cv-3759 | |
| 2:24-cv-1587 | 2:24-cv-3761 | |

## **NOTICE**

Each of the above-listed cases has previously been identified as ready for a mediation conference in **March 2025**. Recently, the Court has been forced to vacate or continue more than half of the cases initially set for settlement conferences. In order to avoid the administrative costs associated with vacating a case after it has been set, the Court is making this inquiry to determine if any of the above cases **should not be set** for a Settlement Conference.

As soon as practicable following of the receipt of this Notice, counsel shall confer concerning the readiness of their case for a settlement conference. If all counsel concur that the case is **not** ready to set, counsel shall send an email to ADR@ohsd.uscourts.gov by **4:00pm EST on February 3, 2025** to advise the Court that the case should **not** be set. Counsel should include in such advice whether the case should be continued to another month and, if so, which month.

Nothing in this Notice is intended to preclude a timely motion to vacate or continue a settlement conference, should the grounds for such motion become apparent only after the case is set for a settlement conference on a specific date and time.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio