IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CARLO M. CROCE<br><br>  Plaintiff,<br><br>vs.<br><br>SOTHEBY'S FINANCIAL SERVICES, INC., et al.<br><br>  Defendants. | Case No. 2:23-cv-02896<br><br>Judge Morrison<br><br>Magistrate Judge Vascura |

**JOINT MOTION OF PLAINTIFF AND DEFENDANTS FOR EXPEDITED RELIEF IN THE FORM OF A SHORT EXTENSION OF THE FACT-DISCOVERY DEADLINE TO COMPLETE DEPOSITIONS**

Plaintiff Carlo M. Croce and Defendants Sotheby's Inc., and Sotheby's Financial Services, Inc., by and through counsel, jointly move the court for expedited relief in the form of an extension of the fact-discovery deadline to March 31, 2025. Plaintiff and Defendants counsel have been working cooperatively and diligently to complete discovery by February 28, 2025 pursuant the Court's Order dated February 3, 2025 (ECF # 53). However, Plaintiff Croce has had recent head and lower back surgeries, and the time to full recovery may affect his ability to sit for a full day of deposition and respond completely to questions. The surgery and recovery have also delayed full production of responsive documents.

Given Plaintiff's ongoing recovery and the expected difficulty in sitting and responding to a full day of depositions, the parties jointly seek expedited relief in the form of an order extending the fact-discovery deadline, solely for the purposes of depositions. In this time, Defendants will take Plaintiff's deposition and Plaintiff will take a corporate deposition of each of the two defendants before March 31, 2025. The parties will have all other discovery completed by February 28, 2025.

{05489473-1}

<table>
<tr><td>

/s/ Zachary C. Schaengold
Jarrod M. Mohler (0072519)
Zachary C. Schaengold (0090953)
Robbins, Kelly, Patterson & Tucker, LPA
312 Elm Street, Suite 2200
Cincinnati, Ohio 45202
T: (513) 721-3330/F. (513) 721-5001
jmohler@rkpt.com
zschaengold@rkpt.com
Attorneys for Defendants

</td><td>

/s/ William W. Patmon III
William W. Patmon III (0062204)
The Patmon Law Firm LLC
4200 Regent Street Suite 200
Columbus, Ohio 43219
Ph: (614) 944-5786
Fax: (614) 448-4393
Email: wpatmon@patmonlaw.com
Attorney for Plaintiff

</td></tr>
</table>

Paul Cossu (pro hac vice)
Rachel M. Kaplowitz (pro hac vice)
PRYOR CASHMAN LLP
7 Times Square
New York, NY 10036
pcossu@pryorcashman.com
rkaplowitz@pryorcashman.com
Attorneys for Defendants

_____
JUDGE

{05489473-1}