AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| CARLO M. CROCE, <br> *Plaintiff* <br> v. <br> SOTHEBY'S FINANCIAL SERVICES, INC., et al., <br> *Defendants* | ) <br> ) <br> ) Civil Action No. 2:23-cv-2896 <br> ) <br> ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Court grants Defendants' Motion to Dismiss. Plaintiff's Second Amended Complaint is hereby dismissed. This action is hereby terminated.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 2/20/2025

CLERK OF COURT

*Theresa J. B...*
Signature of Clerk or Deputy Clerk
Judicial Assistant