# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| CARLO M. CROCE | Case No. 2:23-cv-02896 |
| Plaintiff, | Judge Morrison |
| vs. | Magistrate Judge Vascura |
| SOTHEBY'S FINANCIAL SERVICES, INC., et al. | |
| Defendants. | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Carlo M. Croce, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment granting Defendants' Motion to Dismiss entered in this action on the 20th day of February 2025.

Respectfully Submitted,

/s/ William W. Patmon III
William W. Patmon III (0062204)
The Patmon Law Firm LLC
4200 Regent Street Suite 200
Columbus, Ohio 43219
Phone: (614) 944-5786
Fax: (614) 448-4393
wpatmon@patmonlaw.com
*Attorney for Plaintiff Carlo Croce*

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been electronically filed this 14th day of March, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's CM/ECF system.

                                            /s/ William W. Patmon III
                                            Counsel for Plaintiff Carlo M. Croce